**Dismissed and Memorandum Opinion filed October 27, 2022.**



**In The**

# Fourteenth Court of Appeals

## NO. 14-22-00591-CV

### JERROD HOYLE, Appellant

### V.

### 507 HOSEA STREET LLC, A SEPERATE SERVICES OF EWALD INVESTMENTS LLC, Appellee

**On Appeal from the County Court at Law**
**Washington County, Texas**
**Trial Court Cause No. 2022-101**

## MEMORANDUM OPINION

This is an appeal from a judgment signed August 2, 2022. The notice of appeal was filed August 9, 2022. To date, our records show that appellant has not paid the appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless party is excused by statute or by appellate rules from paying costs). Tex. Gov't Code § 51.207 (appellate fees and costs).

On October 6, 2022, this court ordered appellant to pay the appellate filing fee on or before October 17, 2022 or the appeal was subject to dismissal without further notice. Appellant has not paid the appellate filing fee or otherwise responded to the court's order. Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Wise and Hassan.